# YUEN ROCCANOVA SELTZER & SVERD LLP
## Attorneys at Law

132 Nassau Street
Suite 1300
New York, N.Y. 10038
Phone:    (212) 608-1178
Facsimile: (212) 608-2913

Po W. Yuen
Veronica Yuen
Joseph T. Roccanova
Steven Seltzer
Peter E. Sverd

Long Island Office
149 Main Street
Huntington, N.Y. 11743
Phone:   (631) 239-5297
Facsimile: (631) 421-4483

E-mail: jroccanova@yrsslaw.com

July 30, 2008

**VIA FAX: (212) 805-7948**
Honorable Richard J. Holwell
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

Re:    Prince of Peace Enterprises, Inc. v. Top Quality Food Market, LLC, et al.,
       USDC Case No. 07-cv-00349
       Madison One Acme, Inc., etc., v. Prince of Peace Enterprises, Inc., et al.,
       USDC Case No. 07-cv-00349

Dear Judge Holwell:

We represent Plaintiff/Counterclaim Defendant, PRINCE OF PEACE ENTERPRISES, INC., (hereinafter, "POP"), and Counterclaim Defendant, KENNETH YING-SHUI YEUNG, sued herein as "KENNETH YEUNG, an individual of California, a/k/a YING SHUI YEUNG" (hereinafter, Mr. Yeung), in the above trademark infringement matter. We submit the within letter application to restore the above action to the Court's calendar as against defendants, A & C SUPERMARKET, INC., TU CHIN LIN, XUIYAN HUANG and YINGHAI SHI, pursuant to Your Honor's June 30, 2008 Order of Discontinuance or, alternatively, to extend the time within which to do so until September 1, 2008.

Pursuant to Your Honor's June 30, 2008 Order of Discontinuance, a settlement agreement regarding all claims and counterclaims asserted as between POP, Mr. Yueng and Defendant/Counterclaimant, MADISON ONE ACME, INC., a California corporation, d/b/a SOLSTICE MEDICINE CO. (hereinafter, "Madison") was previously submitted on July 24, 2008, to be "so ordered" by the Court. Madison has requested that the settlement agreement be kept under seal of the Court, to which POP and Mr. Yueng consent.

However, when the parties appeared before Your Honor on June 27, 2008, an error was made as to the representation by counsel that the above action had also been settled as against all defendants other than Madison. <u>In fact, the action has not been settled as against defendants, A & C SUPERMARKET, INC., TU CHIN LIN, XUIYAN HUANG and YINGHAI SHI.</u> We have been working with their attorneys toward settling the actions against them, but have not yet reached a final resolution of those claims.

Accordingly, it is respectfully requested that, pursuant to Your Honor's June 30, 2008 Order of Discontinuance, the Court grant the within letter motion of POP and Mr. Yueng, and <u>restore the above action to the Court's calendar as against defendants, A & C SUPERMARKET, INC., TU CHIN LIN, XUIYAN HUANG and YINGHAI SHI only</u> or, alternatively, that the Court extend the time within which to do so until September 1, 2008.

In accordance with Your Honor's rules of practice, enclosed please find a courtesy copy of a formal notice of appearance memorializing that the undersigned is of counsel to Yuen & Yuen, attorneys for POP and Mr. Yueng, which was filed via ECF earlier today.

We thank the Court for its attention to this matter.

Respectfully,

Joseph T. Roccanova

cc: I. Morley Drucker, Esq.
Fulwider Patton LLP
6060 Center Drive, 10th Floor
Los Angeles, California 90045
By Fax: (310) 824-9696

Xian Feng Zou
39-15 Main Street, Suite 303
Flushing, NY 11354
By Fax: (718) 661-2211

*[Handwritten annotation:]* Granted. POP's motion to restore this case to the Court's calendar is granted with respect to POP's claims against defendants A+C Supermarket, Inc., Tu Chin Lin, Xuiyan Huang and Yinghai Shi only. The Clerk is directed to reopen this case. SO ORDERED. 7/31/10